## WEEKS, Secretary of War, v. UNITED STATES ex rel. FRENCH.

(Court of Appeals of District of Columbia. Submitted October 10, 1921. Decided January 3, 1922. Writ of Error to Supreme Court of United States Allowed January 20, 1922.)

No. 3694.

Appeal from the Supreme Court of the District of Columbia.

Mandamus by the United States, on the relation of John W. French, against John W. Weeks, Secretary of War. From a judgment for the relator, defendant appeals. Reversed and remanded.

John E. Laskey and Peyton Gordon, both of Washington, D. C., Frederick M. Brown, of New York City, and L. H. Vandoren, of Washington, D. C., for appellant.

E. S. Bailey, S. T. Ansell, and T. T. Ansberry, all of Washington, D. C., for appellee.

VAN ORSDEL, Associate Justice. The only distinction between this case and No. 3693, Weeks v. United States ex rel. Creary, 277 Fed. 594, just decided, is that the Honest and Faithful Board found that appellee's classification in class B was not due to his neglect, misconduct, or avoidable habits. He was accordingly retired from the service. The same reasons for denial of the writ of mandamus exist here as in the Creary Case.

The judgment is reversed, with costs, and the cause remanded for further proceedings not inconsistent with this opinion.

Reversed and remanded.